FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYLE MORGAN,<br><br>          Petitioner,<br><br>vs.<br><br>NO NAMED RESPONDENT,<br><br>          Respondent. | No. 1:24-cv-03204-RLP<br><br>ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS |

On December 11, 2024, Petitioner Lyle Morgan, a *pro se* individual incarcerated at the Kittitas County Corrections Center, filed a construed Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254. ECF No. 1. Mr. Morgan failed to pay the filing fee or provide an application to proceed *in forma pauperis*. *See* ECF No. 2.

By letter dated December 13, 2024, the Clerk's Office directed Mr. Morgan to submit an Application to Proceed without Prepayment of Fees and Affidavit and provided him the form with which to do so. *Id*. Specifically,

ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 1

the Clerk's Office directed Mr. Morgan to have the "Certificate" portion of the Application properly completed by an Authorized Officer of the incarcerating facility. *Id.* In the alternative, the Clerk's Office informed Mr. Morgan that he could pay the $5.00 filing fee. *Id.*

On January 13, 2025, this Court issued an Order to Comply with Filing Fee or *In Forma Pauperis* Requirements. ECF No. 3. Once again, Mr. Morgan was instructed to either pay the $5.00 filing fee or submit a completed Application to Proceed without Prepayment of Fees and Affidavit and was provided the form with which to do so. *Id.* Mr. Morgan was cautioned that failure to do either by February 12, 2025, would be construed as his consent to the dismissal of this action. *Id.* at 2. To date, Mr. Morgan has neither paid the filing fee nor submitted an application to proceed *in forma pauperis* as directed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Petition, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee or *in forma pauperis* requirements set forth in Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

2. The Clerk's Office shall **ENTER JUDGMENT** and **CLOSE** this file.

ORDER DISMISSING PETITION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 2

3. The Court certifies that an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of Appealability. *See* 28 U.S.C. §§ 1915(a)(3), 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to Mr. Morgan at his last known address.

**DATED** February 20, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE